In the Matter of Willoughby B. Dobbs, an Attorney.— Referred to Hon. Henry A. Gildersleeve, official referee. Order to be settled on

# 950   CASES REPORTED WITH BRIEF SYLLABI.

notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Charles Firestone, an Attorney.— Referred to Hon. Roger A. Pryor, official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.